```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17061
    SHERITA L WHITAKER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1462


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/01/2008 and was not confirmed.

      The case was dismissed without confirmation 09/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------

COMMONWEALTH EDISON        UNSECURED        3595.94         .00             .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED        .00             .00
ADVANCE AMERICA            UNSECURED       NOT FILED        .00             .00
US CELLULAR                UNSECURED       NOT FILED        .00             .00
AT&T WIRELESS              UNSECURED       NOT FILED        .00             .00
AMERICAS FINANCIAL CHOIC   UNSECURED       NOT FILED        .00             .00
AMERICASH LOANS            UNSECURED       NOT FILED        .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         605.00         .00             .00
BALABAN FURNITURE          UNSECURED       NOT FILED        .00             .00
BEACON FINANCIAL GROUP     UNSECURED         997.34         .00             .00
BENEFICIAL ILL INC         UNSECURED       NOT FILED        .00             .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00             .00
SPRINT PCS                 UNSECURED       NOT FILED        .00             .00
CHECK NOW                  UNSECURED       NOT FILED        .00             .00
CHICAGO DEPT OF REVENUE    UNSECURED        7625.00         .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED        .00             .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED        .00             .00
COMCAST                    UNSECURED       NOT FILED        .00             .00
ST BERNARDS EMERGENCY      UNSECURED       NOT FILED        .00             .00
DAVID M STEADMAN           UNSECURED       NOT FILED        .00             .00
AT&T/SBC/ILLINOIS FACC     UNSECURED       NOT FILED        .00             .00
ELAINE TERRANCE            UNSECURED       NOT FILED        .00             .00
PREMIER BANKCARD           UNSECURED         456.26         .00             .00
COM ED                     UNSECURED       NOT FILED        .00             .00
HORSESHOE CASINO           UNSECURED       NOT FILED        .00             .00
EVERGREEN MEDICAL          UNSECURED       NOT FILED        .00             .00
EVERGREEN MEDICAL          UNSECURED       NOT FILED        .00             .00
MONEY MARKET PAYDAY EXPR   UNSECURED       NOT FILED        .00             .00
DEVON FINANCIAL SERVICES   UNSECURED         821.48         .00             .00
PAYDAY LOANS               UNSECURED         750.40         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1755.10         .00             .00
HOLY CROSS HOSPITAL        UNSECURED         198.00         .00             .00
T MOBILE                   UNSECURED       NOT FILED        .00             .00
THE LOAN MACHINE           UNSECURED        3151.15         .00             .00
WENDALL WILKINS SR         UNSECURED       NOT FILED        .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17061 SHERITA L WHITAKER
```

```
WENDALL WILKINS SR           UNSECURED        NOT FILED              .00             .00
HORSESHOE CASINO HAMMOND     UNSECURED        NOT FILED              .00             .00
HORSESHOE CASINO HAMMOND     NOTICE ONLY      NOT FILED              .00             .00
ROBERT J ADAMS & ASSOC       REIMBURSEMENT         6.33              .00             .00
ROBERT J ADAMS & ASSOC       DEBTOR ATTY       3,500.00                              .00
TOM VAUGHN                   TRUSTEE                                                 .00
DEBTOR REFUND                REFUND                                                  .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                       .00                      .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 17061 SHERITA L WHITAKER